IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00534-BNB

TOMMY ALEXANDER, SR.,

Applicant/Petitioner,

v.

C. DANIELS, Warden,

Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 1 2010

GREGORY C. LANGHAM
CLERK

---

ORDER TO CURE DEFICIENCY

---

Applicant/Petitioner, Tommy Alexander, Sr., is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Alexander initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the application is deficient because, despite the title of the application, it is not filed on the proper form approved for use by prisoners in this court as required by D.C.COLO.LCivR 8.2A. Mr. Alexander will be directed to cure this deficiency if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that Mr. Alexander cure the deficiency identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Alexander, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Alexander fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED March 11, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00534-BNB

Tommy Alexander, Sr.
Reg No. 07193-035
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 3/11/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk